Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Daniel R. RIVERA |
| **Docket Number:** | 2:09CR00024-01 |
| **Offender Address:** | Placerville, California |
| **Judicial Officer:** | Honorable Gregory G. Hollows<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/15/2009 |
| **Original Offense:** | 21 USC 841(a) - Possession of a Controlled Substance<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 18 months Probation; $1,000 fine; $25 special assessment |
| **Special Conditions:** | Outpatient correctional treatment program; Drug testing and co-payment up to $25 per month. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/15/2009 |
| **Assistant U.S. Attorney:** | Isabell Liou<br>Certified Law Clerk    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Michael Petrik, Jr.<br>Assistant Federal Defender    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:     **Daniel R. RIVERA**
        Docket Number: 2:09CR00024-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

   4.   As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

   5.   The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**   Since the inception of supervision on June 15, 2009, Rivera has been cooperative and compliant towards all supervision obligations. He was placed in a formal drug testing program, and has submitted no positive drug tests. He submits his monthly supervision report forms in a timely fashion, and has been working two jobs in order to support himself. He has also been working towards obtaining his GED.

However, on September 3, 2009, the probationer's father contacted the undersigned officer and advised Rivera has a serious drug addiction and is in need of a detoxification and rehabilitation program. He advised that his son has unsuccessfully attempted to detox on his own many other times. He passed the drug tests at the Progress House because he was attempting to control his addiction. An appointment was scheduled for the probationer to meet with the probation officer the following day.

On September 4, 2009, Rivera reported to the probation office and signed the Prob 49 - Waiver of Hearing form. He revealed that for many years he had been addicted to Oxycontin and he abused alcohol. Rivera's father, who accompanied the probationer at this meeting, reported the probationer was stealing from the family to support his habit. Numerous options were discussed and suggested by the probation officer, but a modification to his original terms is warranted. Rivera and his father agreed.

RE:     Daniel R. RIVERA
        Docket Number:  2:09CR00024-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, based on his cooperative and honest attitude, it is apparent the probationer could benefit from continued supervision services.  However, the original Court order only included outpatient treatment, and did not include more structured treatment.  Based on the probationer's admissions, and the pleading of his family, it is apparent that he would benefit from a detoxification program, in conjunction with a 90-day residential treatment placement, as well as alcohol abstinence.

                         Respectfully submitted,

                         /s/ Shari R. Simon

                         **SHARI R. SIMON**
                         **United States Probation Officer**
                         Telephone:  (916) 786-2861

**DATED:**     September 8, 2009
               Roseville, California
               SRS:cd


**REVIEWED BY:**     /s/ Terence E. Sherbondy
                     **TERENCE E. SHERBONDY**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )    Modification approved as recommended.

(   )    Modification not approved at this time.  Probation Officer to contact Court.

(   )    Other:

September 10, 2009                       /s Gregory G. Hollows
**Date**                                 **Signature of Judicial Officer**

rivera.mod

**RE:    Daniel R. RIVERA**
**Docket Number:  2:09CR00024-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:    United States Probation
       Isabell Liou, Certified Law Clerk, Assistant United States Attorney's Office
       Michael Petrik, Jr., Assistant Federal Defender
       Defendant
       Court File